UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 0:25-cv-60494-DSL

DAVE & BUSTER'S I, L.P.,

    Plaintiff,

v.

ARCADE TIME USA, LLC,

    Defendant.
_____/

## AMENDED COUNTERCLAIM

Counterclaim-Plaintiff Arcade Time USA LLC ("Arcade Time") seeks cancellation of U.S. Trademark Registration 2,746,430 ("the '430 Registration") and alleges as follows.

## PARTIES

1. Counter-Plaintiff Arcade Time is a limited liability company organized and existing under the laws of the State of Florida having its principal place of business in Broward County, Florida.

2. Counterclaim-Defendant Dave & Buster's I, L.P. ("Dave & Buster's"), is a domestic limited partnership formed under the laws of Texas and has a principal place of business located at 1221 S Belt Line Rd Ste. 500, Coppell, TX 75019.

## JURISDICTION

3. This Court has subject matter jurisdiction over Counter-Plaintiff's counterclaim under 28 U.S.C. §§ 1331, 1332(a), and 1338.

4. This Court has personal jurisdiction over Counter-Defendant Dave & Buster's because Dave & Buster's made a general appearance in this case and regularly conducts business in the State of Florida.

5. Venue is proper for Counter-Plaintiff's Counterclaim under 28 U.S.C. §§ 1391 and 1400.

**COUNT I**
**CANCELLATION OF THE '430 REGISTRATION PURSUANT TO 15 U.S.C. § 1119**

6. Counter-Plaintiff repeats and re-alleges each and every allegation of paragraphs 1 through 5 as if set forth fully herein.

7. Dave & Buster's has asserted ownership of the '430 Registration for the word mark EAT DRINK PLAY.

8. The '430 Registration is subject to cancellation on the basis that the phrase "EAT DRINK PLAY" as a whole is generic for "restaurant services" in International Class 43.

9. Third-party use of the phrase EAT DRINK PLAY, in the restaurant industry demonstrates that consumers are well accustomed to encountering the phrase to identify the services identified in the '430 Registration. Examples of third-party use can be found through the following links:

- https://eatdrinkplay.com/
- https://www.instagram.com/eatdrinkplay.edp/
- https://wonderscope.org/eat-drink-play-2025/
- https://www.instagram.com/eatdrinkandplay/?hl=en
- https://www.drinkeatplay.com/
- https://www.facebook.com/eatdrinkplaybayarea/
- https://www.clevelandstreetmarket.com/eat-drink-play

- https://eatdrinkplaycharleston.com/home/
- https://www.dallasobserver.com/restaurants/best-places-to-eat-drink-and-play-dallas-19380936
- https://www.brookviewgolf.com/eat-drink-play
- https://navypier.org/eat-drink-and-play/eat-and-drink/
- https://www.morrisonco.us/9/Eat-Drink-Play-Stay
- https://www.eatdrinkplayla.com/

10. The generic phrase, "EAT DRINK PLAY," immediately names the exact nature of Dave & Buster's services and does nothing else.

11. Arcade Time believes that it is and is likely to continue to be damaged by the continued existence of the '430 Registration, in that Arcade Time offers the same or similar services as Dave & Buster's and has an interest in using the phrase "EAT DRINK PLAY" in its business.

12. The '430 Registration is therefore subject to cancellation pursuant to 15 U.S.C. § 1119, in that the mark is the generic name for the goods and services, or a portion thereof, for which the mark has been registered.

**PRAYER FOR RELIEF**

A. The phrase "EAT DRINK PLAY," is generic and the '430 Registration is invalid, unenforceable, and should be cancelled;

B. This case is exceptional under 15 U.S.C. § 1117 and Arcade Times is entitled to reimbursement of its reasonable attorney's fees and costs in connection therewith; and

C. Such further relief that this Court deems is appropriate.

Respectfully submitted,

**Richard Guerra**
Richard Guerra (Fla. Bar No. 689521)
Email: rguerra@brickellip.com
THE BRICKELL IP GROUP, PLLC
1101 Brickell Avenue
South Tower, Suite 800
Miami FL, 33131
Telephone: (305) 728-8831