UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No.: 0:25-CV-60494-LEIBOWITZ/AUGUSTIN-BIRCH

DAVE & BUSTER'S I, L.P.,

    Plaintiff,

v.

ARCADE TIME USA LLC,

    Defendant.
_____/

## NOTICE OF SELECTION OF MEDIATOR

PLEASE TAKE NOTICE that the parties have mutually agreed to select the following person as the mutual mediator:

> Mark Stein, Esq.
> Mark Stein Law
> 1680 Michigan Avenue, Suite 700
> Miami Beach, Florida, 33139

Dated: August 18, 2025

RESPECTFULLY SUBMITTED,

| By: /s/ *Rebecca J. Canamero* | By: /s/ *Caroline Tabash* |
|---|---|
| REBECCA J. CANAMERO, ESQ. | CAROLINE F. TABASH, ESQ. |
| Florida Bar No. 86424 | Florida Bar No. 113142 |
| /s/ *Jenifer J. Norwalk* | Luks, Santaniello, Petrillo, Cohen & |
| JENIFER J. NORWALK, ESQ. | Peterfriend |
| Florida Bar No. 1032053 | Counsel for Defendant |
| Holland & Knight LLP | Fort Lauderdale, FL 33301 |
| Counsel for the Plaintiff | (954) 766-9900 |
| 701 Brickell Avenue, Suite 3300 | (954) 766-9940 FAX |
| Miami, FL 33131 | Ctabash@insurancedefense.net |
| (305) 374-8500 | |
| (305) 789-7799 FAX | |
| Rebecca.Canamero@hklaw.com | |
| Jenifer.Norwalk@hklaw.com | |

| | |
|---|---|
| - and - | - and – |
| /s/ *Daniel C. Neustadt* | /s/ *David E. Maglio* |
| DANIEL C. NEUSTADT, ESQ. | DAVID E. MAGLIO, ESQ. |
| SARA J. BENSON, ESQ. | Admitted *Pro Hac Vice* |
| Admitted *Pro Hac Vice* | Luks, Santaniello, Petrillo, Cohen & Peterfriend |
| Holland & Knight LLP | Counsel for Defendant |
| Counsel for the Plaintiff | The Owen Building |
| 800 17th Street N.W., Suite 1100 | 101 Dyer Street, Second Floor |
| Washington, DC  20006 | Providence, RI  02903 |
| (202) 955-3000 | (401) 831-5400 |
| (202) 955-5564 FAX | (401) 831-7979 FAX |
| Dan.Neustadt@hklaw.com | Dmaglio@insurancedefense.net |

- and –

/s/ *Richard Guerra*
RICHARD GUERRA, ESQ.
Florida Bar No. 689521
Counsel for Defendant/Plaintiff-in-Counterclaim
THE BRICKELL IP GROUP, PLLC
1101 Brickell Avenue
South Tower, Suite 800
Miami, FL  33131
(305) 728-8831
rguerra@brickellip.com